**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| MATTHEW A. CRAIG, ) | CASE NO. 1: 07 CV 481 |
| ) | |
| Plaintiff, ) | |
| ) | JUDGE DONALD C. NUGENT |
| v. ) | |
| ) | |
| SUSAN M. BRIGADIER, et al., ) | MEMORANDUM OPINION |
| ) | AND ORDER |
| Defendants. ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge David S. Perelman (ECF # 13). The Report and Recommendation, filed on April 16, 2008, is ADOPTED by this Court.

This matter was referred to Magistrate Judge Perelman for general pretrial supervision, including the preparation of a report and recommendation on dispositive motions (ECF # 3). On April 16, 2008, Magistrate Judge Perelman recommended that summary judgment be entered in favor of Mr. and Mrs. Brigadier in the adversary proceeding, and that final judgment be entered in their favor finding that the claim asserted against them by Mr. Craig in their bankruptcy proceeding is dischargeable. Plaintiff did not file any objections to the Report and Recommendation.

The Court has reviewed the Report and Recommendation *de novo*. *See Thomas v. Arn*, 474 U.S. 140 (1985). Upon consideration of the entire record, the Court finds Magistrate Judge Perelman's Report and Recommendation to be well-written, well-supported, and correct. Therefore, the Report and Recommendation (ECF # 13) is ADOPTED in its entirety. Summary judgment shall be entered in favor of Mr. and Mrs. Brigadier in the adversary proceeding, and final judgment shall be entered in their favor finding that the claim asserted against them by Mr. Craig

in their bankruptcy proceeding is dischargeable.  Plaintiff to bear all costs of this action.  This case is TERMINATED.

       IT IS SO ORDERED.

                                      *s/Donald C. Nugent*
                                      DONALD C. NUGENT
                                      United States District Judge

DATED: May 6, 2008